

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2018R00364

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 14, 2022

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>United States v. John Doe</u>
                21-CR-113 (PKC)

Dear Judge Chen:

        For reasons previously stated to the Court, the government respectfully requests that the defendant's sentencing in this matter be scheduled for September 2022. Defense counsel does not object to this request.

                Very truly yours,

                BREON PEACE
                United States Attorney

By:    /s/
                David K. Kessler
                Alexander F. Mindlin
                Sarah M. Evans
                Assistant United States Attorneys
                (718) 254-7000